# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16 cv 810

| | |
|---|---|
| **TAMMY LATRELL GILCHRIST,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **NANCY A. BERRYHILL,** *Acting* ) | |
| *Commissioner of Social Security*, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is Plaintiff's Petition [Motion] for Attorney's Fees under the Equal Access to Justice Act [# 13]. Plaintiff's counsel has not shown that he has consulted with opposing counsel. *See* LCvR 7.1(b). Further, Plaintiff's counsel has not contemporaneously filed a brief. *See* LCrR 7.1(c).

Accordingly, the Court **DISMISSES** the motion [# 13] without prejudice. Plaintiff's counsel is **DIRECTED** to confer with opposing counsel and file an appropriate motion following the Local Rules Governing Civil Cases for the Western District of North Carolina.

Signed: April 5, 2018

Dennis L. Howell
United States Magistrate Judge