# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16CV810

| | |
|---|---|
| TAMMY LATRELL GILCHRIST, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| NANCY A. BERRYHILL, ) | |
| **Acting Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (# 15). The parties have agreed that Plaintiff's counsel should be awarded $3,920.00 in attorneys' fees and $400.00 in costs. Plaintiff has assigned her right to any attorneys' fees payable under the EAJA to her counsel (# 15-1 Ex. 2.).

Therefore, the Court ORDERS the following:

(1) Plaintiff's Motion for Attorneys' Fees pursuant to the EAJA (# 15) is GRANTED;

(2) Defendant is ordered to pay $3,920.00 in attorneys' fees and $400 in costs; and

(2) If Plaintiff has no debt registered with the Department of Treasury that is subject to offset, the fees and costs are payable to Plaintiff's attorneys, Robert Whitlow and Christian Ayers.

Signed: May 4, 2018

Dennis L. Howell
United States Magistrate Judge